209 A.2d 224.

· STATE *vs.* CONSTANTINO D'AMICO.

APRIL 19, 1965.

PRESENT: Condon, C. J., Roberts, Paolino, Powers and Joslin, JJ.

PER CURIAM. An examination of the record discloses that this cause and the papers therein were certified to this court by the clerk of the superior court without the bill of exceptions filed therein by the defendant having been allowed by a justice of that court. The truth of the exceptions not having thereafter been established in this court pursuant to G. L. 1956, §9-24-22, the cause together with the papers previously certified are remanded to the superior court for further proceedings.

*J. Joseph Nugent,* Attorney General, *Francis A. Kelleher,* Assistant Attorney General, for State.

*Aram K. Berberian,* for defendant.